IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LINCOLN DILLE, II                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 3:16-cv-686-FKB

HINDS COUNTY, MISSISSIPPI,
TYRONE LEWIS, VICTOR MASON,
and CAPTAIN SANDRA DALTON.                                          DEFENDANTS

## OMNIBUS ORDER

This is an action pursuant to 42 U.S.C. § 1983 brought by Lincoln Dille, II, a pretrial

detainee at the Hinds County Detention Center in Raymond, Mississippi. The Court held

an omnibus hearing in this matter on June 27, 2018. During the omnibus hearing, the

undersigned questioned Plaintiff concerning his claims and addressed other case

management issues. Plaintiff and Defendants consented to magistrate judge jurisdiction.

Having considered Plaintiff's testimony at the omnibus hearing, the Court finds and orders

as follows.

Plaintiff's complaint concerns his time as a detainee at the Hinds County Detention

Center in Jackson.  His claims, as clarified at the omnibus hearing, are as follows:

(1) In August 2014, guards failed to protect him from other inmates who assaulted
him and caused him to lose three teeth;

(2) For a week in March 2016, Plaintiff was housed in a cell at the Jackson
Detention Center that did not include either a toilet or sink;

(3) In May 2016, a guard or group of guards assaulted Plaintiff using a nightstick
or baton; and

(4) At some point in time, Jackson Detention Center employees intercepted and
discarded outgoing mail from the Plaintiff to the Court.

On June 19, 2018, Defendants filed a motion for summary judgement [40], arguing that Plaintiff has failed to exhaust his administrative remedies as to the claims against them. The Court provided Plaintiff with a copy of the motion at the hearing and set a deadline of July 13, 2018, for him to file a response. At the hearing, Defendants also produced to Plaintiff a copy of his Hinds County Detention Center file, their witness list, and their exhibit list.

Discovery shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission. All discovery must be completed by October 31, 2018. Any dispositive motions must be filed by November 14, 2018.

The Court will set this matter for trial after it has ruled on any dispositive motions, if necessary.

So ordered, this the 9th day of July, 2018.

/s/ F. Keith Ball_____
UNITED STATES MAGISTRATE JUDGE